IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY F. HIGNITE,

    Petitioner,                                  No. CIV S-05-2310 FCD DAD P

    vs.

U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, et al.,

    Respondents.                               ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, petitioner has paid the filing fee. In his application, petitioner challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern
3  District of California sitting in Fresno; and
4  2. All future filings shall reference the new Fresno case number assigned and
5  shall be filed at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721
8

9  DATED: November 22, 2005.

10

11                                                  _____
                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE
12

   DAD:bb
13 hign2310.109

14

15

16

17

18

19

20

21

22

23

24

25

26